UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GEORGIA WEIGHT LOSS &<br>AESTHETICS, LLC<br><br>Defendants. | Case No.  CV523-087 |

## ORDER

The above captioned case filed in the Waycross Division of this Court having been previously assigned to the Honorable Lisa Godbey Wood.

It is hereby ORDERED that this case be reassigned to the undersigned for further plenary disposition.

SO ORDERED, this 16th day of October, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA